# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | Crim. No. 20-1021 |
| | : | |
| KENYI CRUZ | : | |
| | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Angelica M. Sinopole, Assistant United States Attorney), and defendant Kenyi Cruz (by John Somohano, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through July 30, 2021 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and time in this matter having been excluded from the date of Defendant's arrest through and including June 1, 2021 pursuant to Standing Order 20-12 and 2021-04; and no other prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution of these negotiations, which would render any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __1__ day of June 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through July 30, 2021; and it is further

ORDERED that the period from the date this Order is signed through July 30, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

s/ Angelica M. Sinopole
_____
Angelica M. Sinopole
Assistant U.S. Attorney

_____
John Somohano, Esq.
Counsel for Defendant Kenyi Cruz